AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

AUBREY ANTONE WALLER
_____
*Petitioner*

v.

WARDEN COLBERT
_____
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

)
)
)
)
)
)
)
)
)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 2 2 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

Case No.  3:23cv 323-HTW-LGI
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name:    AUBREY ANTONE WALLER
    (b) Other names you have used:
2.  Place of confinement:
    (a) Name of institution:    YAZOO CITY-USP
    (b) Address:    FCC YAZOO CITY-USP P.O. BOX 5000 Yazoo city,MS 39194

    (c) Your identification number:    39412060
3.  Are you currently being held on orders by:
    ☒ Federal authorities        ☐ State authorities        ☐ Other - explain:

4.  Are you currently:

    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
       (a) Name and location of court that sentenced you:    UNITED STAES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF OHIO
       (b) Docket number of criminal case:    Case#1:08-cv-936-(1:04-cr-13)
       (c) Date of sentencing:    September 2004
    ☐ Being held on an immigration charge
    ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

❏ Pretrial detention

❏ Immigration detention

❏ Detainer

❏ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory
   maximum or improperly calculated under the sentencing guidelines)

❏ Disciplinary proceedings

❏ Other *(explain)*: _____

_____

_____

6.    Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:   <u>UNITED STATES DISTRICT COURT FOR THE</u>
   <u>NORTHERN DISTRICT OF OHIO</u>

(b) Docket number, case number, or opinion number: _____

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

   <u>Conviction for using or carrying a firearm in relation to a crime of violence</u>
   <u>To Wit aiding and abetting a carjacking and a conviction for using or</u>
   <u>brandishing a firearm in relation to a crime of violence to wit attempt to kill</u>

(d) Date of the decision or action:   <u>September 2004</u>

### Your Earlier Challenges of the Decision or Action

7.    **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

❏ Yes        ❏ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:   <u>SIXTH CIRCUIT COURT OF APPEALS</u>

(2) Date of filing: _____

(3) Docket number, case number, or opinion number: _____

(4) Result:   <u>Court affirmed conviction</u>

(5) Date of result:   <u>December 26,2006</u>

(6) Issues raised:   <u>Confrontation rights violation</u>

_____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not appeal: _____

_____

8.    **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

❏ Yes        ❏ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _United states district court northern district of ohio_

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _Case#1:08-cv-936(1:04-cr-13)_

    (4) Result: _Denied_

    (5) Date of result: _february 26,2010_

    (6) Issues raised: _Ineffective counsel_

(b) If you answered "No," explain why you did not file a second appeal: _____

9.  **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

❏ Yes        ❏ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

❏ Yes        ❏ No

If "Yes," answer the following:

  (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ❏ Yes        ❏ No

If "Yes," provide:

(1) Name of court: UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT OF OHIO

(2) Case number: 1:08-cv-936, (1:04-cr-13)

(3) Date of filing: _____

(4) Result: denied

(5) Date of result: february 26, 2010

(6) Issues raised: Ineffective counsel

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☐ No

If "Yes," provide:

(1) Name of court: SIXTH CIRCUIT COURT OF APPEALS

(2) Case number: No 22-3441

(3) Date of filing: _____

(4) Result: Denied

(5) Date of result: _____

(6) Issues raised: Actually innocent of carrying or brandishing a firearm in relation to a crime of violence towit attempt to kill based on Supreme court ruling in United states v Taylor 142, S.Ct 2015(2022)

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: The sixth cir court of appeals ruled that the Supreme courts decision in United states v Taylor 142, (2022) is based on statutory interpretation and not costitutional law and Sixth Cir precedent is that statutory interpretations made by new supreme court rulings are retroactivly applicable under 2241 not 2255 because they make a defendent actually innocent Harrington v ormond(17-6229) See also Reyes-Requena v United states243,f3d 893,900-01(5th cir 2001)

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes          ☐ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____

(b) Date of the removal or reinstatement order: _____

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes          ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

_____

(d)   Did you appeal the decision to the United States Court of Appeals?

☐ Yes                    ☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

12.   **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes                    ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

_____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Waller was found guilty of a nonexistent offense therefore he is actually innocent based on United states v taylor 142,S.Ct 2015(2022)

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Waller was found guilty on count (2) of his indictment of a 924(c)(1)(a) use or carrying a firearm in relation to a crime of violence;aiding and abetting a carjacking when aiding and abetting a carjacking is not a crime of violence because it does not require the proof of any elements 924c1a demandsto make a crime a crime of violence (the use,attempted use or threatened use of physical force against person or property

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes          ☐ No

**GROUND TWO:** Waller was found guilty of a nonexistent offens therefore he is actually innocent based on United states v Taylor 142,S.Ct 2015(2022)

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Waller was found guilty in count (9) of indictment of a 924(c)(1)(a)using or brandishing a firearm in relation to crime of violence:attempt to kill when attempt to kill is not crime of violence because it does not require proof of any elements that 924c1a requires to make a crime violent which is (the use,attempted use or threatened use of physical force against a person or property).

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes          ☐ No

**GROUND THREE:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes          ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____
_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____
_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes                    ☐ No

14.   If there are any grounds that you did not present in all appeals that were available to you, explain why you did
      not:   Because the grounds are based on a new Supreme court ruling in united states
      v Taylor142,S.Ct 2015(2022)which decriminalized the conduct for which the defendent
      was convicted and would have been forclosed by circuit precedent had petitioner
      raised it at trial,ondirect appeal or in original 2255 petition

**Request for Relief**

15. State exactly what you want the court to do:   vacate counts (2)and(9)of wallers indictment
      924(c)(1)(a) offenses or remand back to sentencing court to vacate convictions
      on counts (2)and(9) or any other relief the court deems appropriate

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

May 17, 2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:  5-14-23

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_